# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 4:06-cr-40029-JPG-10 |
| CLARENCE G. GOREE, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Clarence Goree's motion to withdraw his prior motion to reduce his sentence. (ECF No. 725.) For good cause shown, the Court **GRANTS** Goree's motion (ECF No. 725), **FINDS AS MOOT** his motion to reduce his sentence (ECF No. 697), and **FINDS AS MOOT** his counsel's motion to withdraw on the basis of her no-merits statement (ECF No. 723).

**IT IS SO ORDERED.**

**DATED: AUGUST 24, 2018**

                                                                                                      s/ *J. Phil Gilbert*
                                                                                                          **J. PHIL GILBERT**
                                                                                                          **DISTRICT JUDGE**