UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARENCE G. GOREE,<br><br>    Defendant. | Case No. 06-cr-40029-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Clarence G. Goree's motion for appointment of counsel for the purpose of representing him in connection with a potential motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(B) and the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018) (Doc. 762). The Court **DENIES** the motion (Doc. 762) on the grounds that the Criminal Justice Act, 18 U.S.C. 3006A, does not permit such appointments. *United States v. Foster*, 706 F.3d 887, 888 (7th Cir. 2013).

However, to the extent the defendant ultimately seeks a sentence reduction pursuant to § 404 of the First Step Act, ordinarily, as a matter of course pursuant to Administrative Order 234, the Court would invite the Federal Public Defender's Office ("FPD") to enter an appearance voluntarily to represent the defendant in seeking such a sentence reduction. However, the FPD has informed the Court is has a conflict of interest and cannot represent the defendant. Therefore, pursuant to Administrative Order 234, the Court **AUTHORIZES** the Federal Public Defender's Office for the Eastern District of Missouri ("FPD-EDMO") to enter its appearance and invites it to do so on the defendant's behalf. If the FPD-EDMO appears and plans to file an amended motion for reduction, it may do so, but it shall provide courtesy copies to the United States Attorney's Office and the Probation Office at least 7 days prior to filing the motion. If the

United States Attorney's Office is in agreement with the motion, the FPD-EDMO shall file the motion as an "agreed" motion and no response is required.  Response periods for an FPD-EDMO's contested motion for a reduction or an FPD-EDMO's motion to withdraw are governed by Administrative Order 234.  Additionally, there shall be a 14-day reply period.

    The Clerk of Court is **DIRECTED** to send a copy of this order to the FPD and the FPD-EDMO, and to send a copy of Administrative Order 234 to the defendant.

**IT IS SO ORDERED.**
**DATED:  December 9, 2019**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**