IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-cr-40029-JPG |
| | ) |
| CLARENCE G. GOREE, | ) |
| | ) |
| Defendant. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on an order construing Clarence G. Goree's ("Goree") motion to reduce sentence (Docs. 829 and 833) as a motion to § 2255 motion. Initially, Goree filed his motions as a motion under 18 § USC 3582(c)(2) Requesting Sentence Reduction due to Procedural Error Committed Under Section 404 of First Step Act 2018. Goree argued that he should be granted a sentence reduction based on an error in his "career offender" designation in his pre-sentence report. Because his remedy is not properly brought forth under § 404 of the First Step Act, and is properly brought forth under § 2255, the Court now does so.

The Court has provided Goree multiple opportunities to withdraw or amend his filing. *Castro v. United States*, 540 U.S. 375, 377 (2003) ("the court cannot so recharacterize a pro se litigant's motion as the litigant's first § 2255 motion unless the court informs the litigant of its intent to recharacterize, warns the litigant that the recharacterization will subject subsequent § 2255 motions to the law's 'second or successive' restrictions, and provides the litigant with an opportunity to withdraw, or to amend, the filing."). The Court ordered that Goree shall have until February 25, 2023 to withdraw, amend, or otherwise respond to its order construing his motions as motions based on § 2255. Goree has failed to respond. Therefore, the Court will construe his motions to reduce sentence as motions to vacate, set aside, or correct a sentence or motion under

§ 2255. The Court does so now.

The Court hereby **DIRECTS** the Clerk of the Court to open a new case under 18 U.S.C. § 2255, and file motions 829 and 833 as § 2255. Once the new case has been opened, the Court will consider the motion under Rule 4 of the Rules Governing §2255 Proceedings, which requires the Court to consider "[i]f it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party."

**IT IS SO ORDERED.**
**DATED: March 6, 2023**

                                          /s  J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **UNITED STATES DISTRICT**
                                          **JUDGE**